FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 5 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

RAYMOND LUKE,

        Petitioner,

        v.

RANDY GROUNDS, Warden,

        Respondent.

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 10-6375-GW (MLG)

ORDER ACCEPTING AND ADOPTING
FINDINGS AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered denying the petition with prejudice.

Dated: *August 10, 2011*

_____
George H. Wu
United States District Judge