JS-6

*FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND LUKE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. CV 10-6375-GW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: August 11, 2011

*ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
AUG 15 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　George H. Wu
　　　　　　　　　　　　　　　　　　United States District Judge